

ORDERED in the Southern District of Florida on July 19, 2017.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
*Miami Division*
www.flsb.uscourts.gov

In re:

**GOING VENTURES, LLC,** d/b/a Going Aire, LLC,

    Debtor.
_____/
**GOING VENTURES, LLC,** d/b/a Going Aire, LLC,

    Plaintiff**,**
v.

**1ST MERCHANT FUNDING, LLC**,

    Defendant**.**
_____/

Case No. 17-12747-LMI

Chapter 11

**ADVERSARY PROCEEDING**
**CASE NO. 17-01134-LMI**

## AGREED FINAL JUDGMENT

**THIS CAUSE** came before the Court upon the Complaint filed by the Plaintiff, Going Ventures, LLC, d/b/a/ Going Aire, LLC ("Plaintiff"), seeking a judgment against the Defendant 1st Merchant Funding, LLC ("1st Merchant Funding" or

Case No.  17-12747-LMI<br>
**ADV. CASE NO. 17-01134-LMI**<br>
Agreed Final Judgment<br>
Page 2 of 3

"Defendant"), and the Answer filed by Defendant (CP # 12), and the Parties having agreed to the entry of this judgement (the "Final Judgment") and the Court having reviewed the file and the record in the instant case and otherwise being fully advised, it is:

      **ORDERED** and **ADJUDGED** that:

      1.     This Court has jurisdiction of the subject matter hereof and the Parties hereto.

      2.     Plaintiff voluntarily discontinues the instant adversary proceeding against Defendant with prejudice and without costs.

      3.     Plaintiff and Defendant generally release one another (and their heirs, executors, administrators, successors, and assigns, and all other representatives), from all actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims and demands whatsoever, in law, admiralty or equity, which either Party ever had, now have or hereafter can, shall or may, have for, upon, or by reason of any matter, cause or thing whatsoever from beginning of the world to the day of the date of this general Release, with no further consideration changing hands and with no admission of liability by Defendant as to any allegation or claim by Plaintiff.

      4.     All liens which the Defendant has or may have which relate in any way to the Plaintiff and its estate are discharged, released, forgiven and of no further force and effect.

Case No.  17-12747-LMI
**ADV. CASE NO. 17-01134-LMI**
Agreed Final Judgment
Page 3 of 3

\* \* \*

Order Submitted by:

David R. Softness, Esq.
DAVID R. SOFTNESS, P.A.
Counsel for Plaintiff
201 South Biscayne Boulevard
Suite 2740
Miami, Florida  33131
Email  david@softnesslaw.com
Tel:    305-341-3111

Service:  Attorney Softness is directed to serve this Order on all relevant parties and to tile a certificate of service thereupon.